**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01549-REB-CBS

AST SPORTS SCIENCE, INC.,

    Plaintiff,

v.

CLF DISTRIBUTION LIMITED, a British Corporation, and
ROBIN HOLIDAY, a foreign citizen of the Country of Great Britain,

    Defendant.

---

MINUTE ORDER[1]

---

    Plaintiff's Motion for Leave to File Corrected Response and Objection to Motion to Dismiss [#46], filed on February 10, 2006, is GRANTED and the Plaintiffs' Response and Objection to Motion to Dismiss [#41] is accepted for filing.

Dated:  February 13, 2006
-------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.