IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-01549-REB-CBS

AST SPORTS SCIENCE, INC.,

    Plaintiff,

v.

CLF DISTRIBUTION LIMITED, a British corporation, and
ROBIN HOLIDAY, a foreign citizen of the Country of Great Britain,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Dismiss With Prejudice** [#70], filed February 20, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss With Prejudice** [#70], filed February 20, 2008, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 21, 2008, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**